FILED

09/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0555

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0555

_____

JAYSON O'NEILL,

      Plaintiff and Appellee,

    v.

GREG GIANFORTE, in his official capacity as
GOVERNOR OF MONTANA,

      Defendant and Appellant.

_____

O R D E R

Pursuant to our Order of June 27, 2024, this cause is classified for oral argument before the Court on Friday, September 13, 2024, at 9:30 a.m. at the Wilma Theatre in Missoula, Montana.

Due to unforeseen circumstances, Chief Justice Mike McGrath has recused himself, and Honorable Leslie Halligan of the Fourth Judicial District will sit in place of Chief Justice McGrath.

The Clerk is directed to provide a copy of this Order to all counsel of record, to Elaine Gagliardi, Dean, Alexander Blewett III School of Law, University of Montana, to John Mudd, Executive Director, State Bar of Montana, and to Honorable Kathy Seeley, District Judge.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
September 10 2024